IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

WADE PARK LAND HOLDINGS, LLC; WADE PARK LAND, LLC; and THE THOMAS FAMILY TRUST, by and through its Trustees, acting in their official capacities,

    Plaintiffs,

v.

JONATHAN KALIKOW;
WP DEVELOPMENT PARTNERS LLC;
GAMMA LENDING OMEGA LLC; GAMMA REAL ESTATE CAPITAL LLC;
GRE WP LLC; and
BLAKE GOODMAN,

    Defendants.

CIVIL ACTION FILE

NO. 3:20-cv-176-TCB

**O R D E R**

This case comes before the Court on the motion [1] to withdraw the reference to the bankruptcy court filed by Plaintiffs Wade Park

Land Holdings, LLC; Wade Park Land, LLC; and the Thomas Family Trust.

On August 26, 2020, Wade Park Land, LLC and Wade Park Land Holdings, LLC filed voluntary petitions seeking relief pursuant to chapter 11 of the Bankruptcy Code. The next day, the two parties, together with the Thomas Family Trust, filed suit against Defendants, alleging that Defendants conspired to defraud Plaintiffs and obtain more than $625 million in cash and real property. That suit was referred to the bankruptcy court. *See Wade Park Land Holdings, LLC, et al. v. Jonathan Kalikow, et al.*, No. 20-01030 (the "*Wade Park* adversary proceeding").

Plaintiffs now seek to obtain relief from this Court, rather than a bankruptcy court, and have filed a motion for withdrawal of the *Wade Park* adversary proceeding pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Bankruptcy Local Rule 5011-1.

For good cause shown and because Defendants consent to withdrawal, Plaintiffs' motion [1] for withdrawal is granted. The

reference of the *Wade Park* adversary proceeding to the bankruptcy court is hereby withdrawn.

    IT IS SO ORDERED this 14th day of October, 2020.

                              _____
                              Timothy C. Batten, Sr.
                              United States District Judge