# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. James N. Hatten, Clerk<br>United States District Court | DATE: October 28, 2020 |
| RE: 20-11192<br>Bankruptcy Case No. | Wade Park Land Holdings, LLC, et al<br>Debtor(s) |
| AND/OR | Wade Park Land Holdings, LLC, et al<br>Plaintiff/Appellant |
| 20-1030<br>Adversary Proceeding No. | vs<br>Jonathan Kalikow, et al<br>Defendant/Appellee |

## S U B M I S S I O N   S H E E T

Submitted on:

☐ Notice of Appeal filed *Click here to enter a date.*- Doc. No. *Click here to enter text.*
   File date of Order being appealed from *Click here to enter a date.* - Doc. No. *Click here to enter text.*

☐ Appellant - *Click here to enter text.*
   Appellee - *Click here to enter text.*

☐ Motion for Leave to Appeal by *Click here to enter text.*
   from order/judgment entered *Click here to enter a date.*

☐ Motion for Withdrawal filed by *Click here to enter text.*
   ☐ w/obj.          ☐ w/out obj.

☐ Proposed Findings of Fact/Conclusions of Law by *Click here to enter text.*
   ☐ w/obj.          ☐ w/out obj.

☐ Report and Recommendations
   ☐ w/obj.          ☐ w/out obj.

☐ Supplemental Record to USDC Case No. *Click here to enter text.*

☐ Other: *Click here to enter text.*

**Contents of Record:**

☒ Entire Record     ☐ Designated items of     ☐ Appellant(s)     ☐ Appellee

   Filing Fee Paid -  ☐ Yes    ☐ No
   In Forma Pauperis - ☐ GRANTED     ☐ DENIED
   *Click here to enter text.* Volumes of Record
   *Click here to enter text.* Volumes of Transcript/Depositions
   *Click here to enter text.* Envelope(s)/Box(s) Exhibits

If previous appeal filed, list:
   USDC Case Number: 20-cv-00176-TCB
   USDC Judge Assignment: Judge Timothy Batten
   Previous case numbers in related appeal cases:
   *Click here to enter text.*

FROM: M. Regina Thomas, Clerk of Court
       United States Bankruptcy Court

By: /s/_____
       Kimberly M. Williams,, Deputy Clerk

**Please return a "RECEIVED" stamped copy showing Case Number and Judge Assignment**

_____
**USDC Number/Judge**

F08 (submusdc.roa) (Rev. 10-2009) – *mgs10.20.14*